UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO DUGAR,

    Plaintiff,

  v.

ACCESS PROPERTY MANAGEMENT,

    Defendant.

Case No. 14-cv-02379-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 13

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 7, 2014



WILLIAM H. ORRICK
United States District Judge